# U.S. District Court
# Western District of Louisiana (Shreveport)
# CIVIL DOCKET FOR CASE #: 5:16−cv−00666−SMH−KLH

Rutland v. Janssen Pharmaceuticals Inc et al
Assigned to: Judge S Maurice Hicks
Referred to: Magistrate Judge Karen L Hayes
Cause: 28:1332 Diversity−Product Liability

Date Filed: 05/13/2016
Date Terminated: 01/04/2017
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Amber Rutland**     represented by     **Lionel H Sutton , III**
Sutton Law Firm
935 Gravier St Ste 1910
New Orleans, LA 70112
504−592−3230
Fax: 504−585−1789
Email: lhs3law@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**P Gregory Haddad**
Bailey &Glasser
6 Canyon Rd Ste 200
Morgantown, WV 26508
304−594−0087
Fax: 304−594−9709
Email: ghaddad@baileyglasser.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Janssen Pharmaceuticals Inc**     represented by     **Kelly Juneau Rookard**
Irwin Fritchie et al
400 Poydras St Ste 2700
New Orleans, LA 70130
504−310−2100
Fax: 504−310−2101
Email: kjuneau@irwinllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James B Irwin**
Irwin Fritchie et al
400 Poydras St Ste 2700
New Orleans, LA 70130
504−310−2100

Fax: 504–310–2101
Email: jirwin@irwinllc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson &Johnson Co**   represented by   **Kelly Juneau Rookard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James B Irwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mitsubishi Tanabe Pharma Corp**   represented by   **James B Irwin**
*TERMINATED: 10/11/2016*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Juneau Rookard**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2016 | Ï 1 | COMPLAINT against Janssen Pharmaceuticals Inc, Johnson &Johnson Co and Mitsubishi Tanabe Pharma Corp with Jury Demand (Filing fee $400, receipt number 0536–3071057) filed by Amber Rutland. (Attachments: # 1 Civil cover sheet Civil Cover Sheet)(Attorney Lionel H Sutton, III added to party Amber Rutland(pty:pla))(aty,Sutton, Lionel) Modified on 5/13/2016 to edit text (FinnSld, P). (Entered: 05/13/2016), (QC'ed on 05/16/2016, by FinnSld , P) |
| 05/13/2016 | Ï | Judge S Maurice Hicks and Magistrate Judge Karen L Hayes added. (crt,FinnSld, P) (Entered: 05/13/2016) |
| 05/16/2016 | Ï 2 | SUMMONS ISSUED as to Janssen Pharmaceutica, Johnson &Johnson Co, Mitsubishi Tanabe Pharma Corp (crt,FinnSld, P) (Entered: 05/16/2016) |
| 05/17/2016 | Ï 3 | SUMMONS ISSUED as to Janssen Pharmaceuticals Inc (re–issued summons as first summons did not have full correct spelling of defendant) (crt,FinnSld, P) (Entered: 05/17/2016) |
| 08/03/2016 | Ï 4 | SUMMONS Returned Executed by Amber Rutland. Janssen Pharmaceuticals Inc served on 7/21/2016, Answer due 8/11/2016; Johnson &Johnson Co served on 7/21/2016, Answer due 8/11/2016; Mitsubishi Tanabe Pharma Corp served on 7/21/2016, Answer due 8/11/2016 (Attachments: # 1 Proposed exhibit service, # 2 Proposed exhibit service)(aty,Sutton, Lionel) Modified on 8/3/2016 to edit text (FinnSld, P). (Entered: 08/03/2016), (QC'ed on 08/03/2016, by FinnSld , P) |
| 08/03/2016 | Ï | NOTICE of Corrective Action regarding 4 Summons Returned Executed. Action taken: Clerk modified text to add defendants' names, indicate date of service, and date answer is due. (crt,FinnSld, P) (Entered: 08/03/2016) |
| 08/05/2016 | Ï 5 | MOTION for Extension of Time to File Answer re 1 Complaint, with consent by Janssen Pharmaceuticals Inc, Johnson &Johnson Co. Motions referred to Karen L Hayes. (Attachments: # 1 Proposed order)(Attorney Kelly Juneau Rookard added to party Janssen Pharmaceuticals |

| | | |
|---|---|---|
| | | Inc(pty:dft)and Johnson &Johnson Co(pty:dft))(aty,Rookard, Kelly) Modified on 8/5/2016 to edit text(FinnSld, P). (Entered: 08/05/2016), (QC'ed on 08/05/2016, by FinnSld , P) |
| 08/05/2016 | Ï 6 | NOTICE of Corporate Disclosure Statement Requirement sent to Kelly Juneau Rookard, James B Irwin on behalf of Janssen Pharmaceuticals Inc, Johnson &Johnson Co. Corporate Disclosure Statement due by 8/19/2016. (crt,FinnSld, P) (Entered: 08/05/2016) |
| 08/08/2016 | Ï 7 | CORPORATE DISCLOSURE STATEMENT by Janssen Pharmaceuticals Inc, Johnson &Johnson Co identifying Corporate Parent Johnson &Johnson for Janssen Pharmaceuticals Inc. (aty,Rookard, Kelly) (Entered: 08/08/2016), (QC'ed on 08/08/2016, by FinnSld , P) |
| 08/08/2016 | Ï 8 | ORDER granting 5 Motion for Extension of Time to Answer 1 Complaint. Janssen Pharmaceuticals Inc and Johnson &Johnson Co granted an additional 21 days from original answer due date, to file responsive pleadings. Signed by Magistrate Judge Karen L Hayes on 8/8/16. (crt,Crawford, A) (Entered: 08/08/2016) |
| 09/06/2016 | Ï 9 | MOTION to Dismiss For Failure to State a Claim Pursuant to Federal Rule 12(b)(2)(5) and (6) by Mitsubishi Tanabe Pharma Corp. (Attachments: # 1 Memorandum / Brief, # 2 Exhibit A, # 3 Exhibit B)(Attorney Kelly Juneau Rookard added to party Mitsubishi Tanabe Pharma Corp(pty:dft))(aty,Rookard, Kelly) (Entered: 09/06/2016), (QC'ed on 09/06/2016, by FinnSld , P) |
| 09/06/2016 | ï 10 | MOTION for Hearing (styled "Request for Oral Argument") by Mitsubishi Tanabe Pharma Corp re 9 MOTION to Dismiss For Failure to State a Claim Pursuant to Federal Rule 12(b)(2)(5) and (6) (aty,Rookard, Kelly) Modified on 9/6/2016 to correct event and indicate see Proposed Order 14 (FinnSld, P). (Entered: 09/06/2016), (QC'ed on 09/06/2016, by FinnSld , P) |
| 09/06/2016 | ï 11 | CORPORATE DISCLOSURE STATEMENT by Mitsubishi Tanabe Pharma Corp identifying Corporate Parent Mitsubishi Chemical Holdings Corporation for Mitsubishi Tanabe Pharma Corp. (aty,Rookard, Kelly) (Entered: 09/06/2016), (QC'ed on 09/06/2016, by FinnSld , P) |
| 09/06/2016 | ï 12 | MOTION to Dismiss For Failure to State a Claim Pursuant to Federal Rule 12(b)(2) and (6) by Janssen Pharmaceuticals Inc, Johnson &Johnson Co. (Attachments: # 1 Memorandum / Brief, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(aty,Rookard, Kelly) (Entered: 09/06/2016), (QC'ed on 09/06/2016, by FinnSld , P) |
| 09/06/2016 | ï 13 | MOTION for Hearing (styled as "Request for Oral Argument") by Janssen Pharmaceuticals Inc, Johnson &Johnson Co re 12 MOTION to Dismiss For Failure to State a Claim Pursuant to Federal Rule 12(b)(2) and (6) (aty,Rookard, Kelly) Modified on 9/6/2016 to correct event and indicate see Proposed order 14 (FinnSld, P). (Entered: 09/06/2016), (QC'ed on 09/06/2016, by FinnSld , P) |
| 09/06/2016 | ï 14 | PROPOSED ORDER/JUDGMENT *regarding Requests/Motions for Oral Argument* by Janssen Pharmaceuticals Inc, Johnson &Johnson Co, Mitsubishi Tanabe Pharma Corp. (aty,Rookard, Kelly) (Entered: 09/06/2016), (QC'ed on 09/06/2016, by FinnSld , P) |
| 09/06/2016 | ï 15 | NOTICE of Motion Setting regarding 12 MOTION to Dismiss For Failure to State a Claim Pursuant to Federal Rule 12(b)(2) and (6), 9 MOTION to Dismiss For Failure to State a Claim Pursuant to Federal Rule 12(b)(2)(5) and (6). Motions referred to S Maurice Hicks. (crt,FinnSld, P) (Entered: 09/06/2016) |
| 09/08/2016 | ï 16 | ORDER denying 10 Motion for Oral Argument. Signed by Judge S Maurice Hicks on 9/8/2016. (crt,FinnSld, P) (Entered: 09/09/2016) |
| 09/08/2016 | ï 17 | ORDER denying 13 Motion for Oral Argument. Signed by Judge S Maurice Hicks on 9/8/2016. (crt,FinnSld, P) (Entered: 09/12/2016) |
| 09/16/2016 | ï 18 | DEFICIENT First MOTION for Extension of Time to Amend Complaint with consent by Amber Rutland. Motions referred to Karen L Hayes. (Attachments: # 1 Affidavit)(aty,Sutton, Lionel) |

| | | |
|---|---|---|
| | | Modified on 9/16/2016 to indicate deficient and correct event (FinnSld, P). Modified on 9/20/2016 to indicate refiled in its entirety as document 22 (FinnSld, P). (Entered: 09/16/2016), (QC'ed on 09/16/2016, by FinnSld , P) |
| 09/16/2016 | i 19 | MOTION for P. Gregory Haddad to Appear Pro Hac Vice ( Admission fee: $105, receipt number 0536–3177082) by Amber Rutland. Motions referred to Karen L Hayes. (Attachments: # 1 Certificate of good standing)(aty,Sutton, Lionel) Modified on 9/16/2016 to edit text (FinnSld, P). (Entered: 09/16/2016), (QC'ed on 09/16/2016, by FinnSld , P) |
| 09/16/2016 | i 20 | NOTICE of Deficiency to Lionel H Sutton, III on behalf of Amber Rutland regarding 18 First MOTION for Extension of Time to File Response/Reply with consent . Reason: Either no proposed order accompanied this motion or the proposed order was not on a separate page. Please see LR7.4.1 or LR58.1 for additional information. (crt,FinnSld, P) (Entered: 09/16/2016) |
| 09/19/2016 | i 21 | ORDER granting 19 Motion to Appear Pro Hac Vice for appearance of P Gregory Haddad for Amber Rutland. Signed by Magistrate Judge Karen L Hayes on 9/19/16. (crt,Crawford, A) (Entered: 09/19/2016) |
| 09/20/2016 | i 22 | First MOTION for Extension of Time to Amend with consent by Amber Rutland. Motions referred to Karen L Hayes. (Attachments: # 1 Proposed order, # 2 Exhibit)(aty,Sutton, Lionel) Modified on 9/20/2016 capture correct event (FinnSld, P). (Entered: 09/20/2016), (QC'ed on 09/20/2016, by FinnSld , P) |
| 09/21/2016 | i 23 | ORDER granting 22 Motion for Extension of Time to Amend 1 Complaint. Amended Pleadings due by 10/11/2016. Signed by Magistrate Judge Karen L Hayes on 9/21/16. (crt,Crawford, A) (Entered: 09/21/2016) |
| 09/23/2016 | i 24 | Courtesy Copy of Motion to Transfer Invokana cases to the District Court of New Jersey. (Attachments: # 1 Docket sheets from other courts, # 2 Envelope)(crt,Keller, J) (Entered: 09/23/2016) |
| 09/27/2016 | i 25 | Courtesy Copy of Motion to Transfer Invokana cases to the District Court of New Jersey – Amended Documents. (Attachments: # 1 Envelope)(crt,Keller, J) (Entered: 09/27/2016) |
| 10/11/2016 | i 26 | FIRST AMENDED COMPLAINT against Janssen Pharmaceuticals Inc, Johnson &Johnson Co filed by Amber Rutland.(aty,Sutton, Lionel) Modified on 10/11/2016 to modify docket text (Whidden, C). (Entered: 10/11/2016), (QC'ed on 10/11/2016, by Whidden , C) |
| 10/13/2016 | i 27 | MOTION for Extension of Time to File Answer re 26 Amended Complaint with consent by Janssen Pharmaceuticals Inc, Johnson &Johnson Co. Motions referred to Karen L Hayes. (Attachments: # 1 Proposed order)(aty,Rookard, Kelly) (Entered: 10/13/2016), (QC'ed on 10/13/2016, by FinnSld , P) |
| 10/14/2016 | i 28 | ORDER granting 27 Motion for Extension of Time to Answer 26 Amended Complaint. IT IS HEREBY ORDERED that said Motion be and is GRANTED, and that Defendants are extended an additional fourteen (14) days from the date on which responsive pleadings would otherwise be due to file said pleadings. Signed by Magistrate Judge Karen L Hayes on 10/14/16. (crt,DickersonSld, D) (Entered: 10/14/2016) |
| 10/19/2016 | i 29 | NOTICE received via email from Clerk of Judicial Panel on Multidistrict Litigation transmitting Notice of Hearing Session to be held on 12/1/2016 in Charlotte, North Carolina IN RE: Thomas E. Noble Litigation MDL No. 2745. (Attachments: # 1 Courthouse Advisory)(crt,Reeves, T) (Entered: 10/21/2016) |
| 11/08/2016 | i 30 | MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint, MOTION to Dismiss for Lack of Jurisdiction *re Plaintiff's First Amended Complaint* by Janssen Pharmaceuticals Inc, Johnson &Johnson Co. (Attachments: # 1 Memorandum / Brief, # 2 Exhibit |

| | | |
|---|---|---|
| | | A, #3 Exhibit B)(aty,Rookard, Kelly) (Entered: 11/08/2016), (QC'ed on 11/08/2016, by FinnSld, P) |
| 11/08/2016 | 31 | NOTICE of Motion Setting regarding 30 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint MOTION to Dismiss for Lack of Jurisdiction *re Plaintiff's First Amended Complaint*. Motions referred to S Maurice Hicks. (crt,FinnSld, P) (Entered: 11/08/2016) |
| 11/10/2016 | 32 | Consent MOTION for Extension of Time to File Response to Motion to Dismiss with consent re 30 *Motion to Dismiss First Amended Complaint* by Amber Rutland. Motions referred to Karen L Hayes. (Attachments: #1 Exhibit Certificate, #2 Proposed order)(aty,Haddad, P) Modified on 11/10/2016 to edit text. (Keller, J) (Entered: 11/10/2016), (QC'ed on 11/10/2016, by Keller, J) |
| 11/10/2016 |  | Motions Transferred regarding 32 Consent MOTION for Extension of Time to File Response to Motion to Dismiss with consent re 30 *to Defendants' Motion to Dismiss First Amended Complaint*. Motions referred to S Maurice Hicks. (crt,Keller, J) (Entered: 11/10/2016) |
| 11/15/2016 | 33 | ORDER granting 32 Motion for Extension of Time to File Response/Reply re 30 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint MOTION to Dismiss for Lack of Jurisdiction *re Plaintiff's First Amended Complaint*. Responses due by 12/6/2016. Signed by Judge S Maurice Hicks on 11/15/2016. (crt,FinnSld, P) (Entered: 11/15/2016) |
| 12/06/2016 | 34 | MEMORANDUM in Opposition re 30 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint MOTION to Dismiss for Lack of Jurisdiction *re Plaintiff's First Amended Complaint* filed by Amber Rutland. (aty,Haddad, P) Modified on 12/6/2016 to indicate see Corrective Document 35 for signature page (FinnSld, P). (Entered: 12/06/2016), (QC'ed on 12/06/2016, by FinnSld, P) |
| 12/06/2016 | 35 | CORRECTIVE DOCUMENT entitled Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the First Amended Complaint filed by Amber Rutland regarding 34 Memorandum in Opposition to Motion. (aty,Haddad, P) (Entered: 12/06/2016), (QC'ed on 12/06/2016, by FinnSld, P) |
| 12/06/2016 | 36 | MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint MOTION to Dismiss for Lack of Jurisdiction *re Plaintiff's First Amended Complaint* with consent by Janssen Pharmaceuticals Inc, Johnson &Johnson Co. Motions referred to Karen L Hayes. (Attachments: #1 Proposed order)(aty,Rookard, Kelly) (Entered: 12/06/2016), (QC'ed on 12/07/2016, by FinnSld, P) |
| 12/06/2016 |  | Motions Transferred regarding 36 MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint MOTION to Dismiss for Lack of Jurisdiction *re Plaintiff's First Amended Complaint*. Motions referred to S Maurice Hicks. (crt,FinnSld, P) (Entered: 12/07/2016) |
| 12/07/2016 | 38 | NOTICE received via email from Clerk of Judicial Panel on Multidistrict Litigation transmitting Transfer Order in MDL No. 2750, IN RE: Invokana (Canagliflozin) Products Liability Litigation advising case shall be transferred to the District of New Jersey upon the request of the record. (crt,Reeves, T) (Entered: 12/09/2016) |
| 12/09/2016 | 37 | ORDER granting 36 Motion for Extension of Time to File Response/Reply re 30 MOTION to Dismiss For Failure to State a Claim Plaintiff's First Amended Complaint MOTION to Dismiss for Lack of Jurisdiction *re Plaintiff's First Amended Complaint*. Replies due by 12/20/2016. Signed by Judge S Maurice Hicks on 12/9/2016. (crt,FinnSld, P) (Entered: 12/09/2016) |
| 12/20/2016 | 39 | ORDER: In light of the order transferring this matter to the District of New Jersey as part of an MDL, all deadlines are hereby VACATED. Signed by Judge S Maurice Hicks on 12/20/2016. (crt,Keifer, K) (Entered: 12/20/2016) |

| | | |
|---|---|---|
| 01/04/2017 | 40 | ORDER FOR MULTI–DISTRICT LITIGATION TRANSFER directing transfer to District of New Jersey, In re: Invokana (Canagliflozin) Products Liability Litigation, MDL # 2750. Record electronically transmitted to receiving court. Case Terminated. *All future pleadings should be filed with the newly assigned court.* (crt,Whidden, C) (Entered: 01/04/2017) |