# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL 2750<br>Master Docket No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

**Rutland v. Janssen Pharmaceuticals, Inc., et al.**
**Case No. 3:17-cv-00051**

## ORDER

IT IS ORDERED that Plaintiff's claims are voluntarily dismissed without prejudice pursuant to Case Management Order No. 22.

SO ORDERED on this, the 28th day of September, 2017.

*/s/ Brian R. Martinotti*
_____
XXXXX  **HON. BRIAN R. MARTINOTTI**
       **United States District Judge**